**No. 10-11235. Harold H. Hodge, Jr., Petitioner v. Board of County Commissioners, et al.**

565 U.S. 1055, 132 S. Ct. 796, 181 L. Ed. 2d 478, 2011 U.S. LEXIS 8516.

November 28, 2011. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 11-5218. In re Maurice Grayton, Petitioner.**

565 U.S. 1055, 132 S. Ct. 796, 181 L. Ed. 2d 478, 2011 U.S. LEXIS 8645.

November 28, 2011. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 11-5707. Jeffrey Sanders, Petitioner v. United States District Court for the Eastern District of Michigan.**

565 U.S. 1055, 132 S. Ct. 796, 181 L. Ed. 2d 478, 2011 U.S. LEXIS 8650.

November 28, 2011. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 11-5792. Albert Morgan, Jr., Petitioner v. Eric K. Shinseki, Secretary of Veterans Affairs.**

565 U.S. 1055, 132 S. Ct. 796, 181 L. Ed. 2d 478, 2011 U.S. LEXIS 8468.

November 28, 2011. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 11-5954. Cheryl J. Latos, Petitioner v. Commissioner of Internal Revenue.**

565 U.S. 1055, 132 S. Ct. 796, 181 L. Ed. 2d 478, 2011 U.S. LEXIS 8548.

November 28, 2011. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 11-6147. John Ernest Dade, Petitioner v. United States District Court for the District of Idaho.**

565 U.S. 1056, 132 S. Ct. 796, 181 L. Ed. 2d 478, 2011 U.S. LEXIS 8632.

November 28, 2011. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied. Justice Kagan took no part in the consideration or decision of this motion.

**No. 11-6439. John Richard Eby, Petitioner v. Arizona.**

565 U.S. 1056, 132 S. Ct. 797, 181 L. Ed. 2d 478, 2011 U.S. LEXIS 8478.

November 28, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until December 19, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 226 Ariz. 179, 244 P.3d 1177.